IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ARTHUR LEE PIPES, SR,

    Plaintiff,

v.                                                CASE NO. 1:08-cv-00182-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The time for filing objections has passed, and none have been filed.

Plaintiff argues that the ALJ erred by failing to include all of Plaintiff's mental limitations in the ALJ's hypothetical posed to the vocational expert. However, the Court agrees with the Magistrate Judge that while Plaintiff testified to mental limitations that prevented him from working, the ALJ found that there was no medical evidence in the record that demonstrates more than mild to moderate limitations. (R. 19). Moreover, despite Plaintiff's complaints of severe and total disability, no treating source has ever placed restrictions or limitations of any kind on Plaintiff's functional abilities. Because the ALJ found that the Plaintiff's mental limitations still permitted him to perform simple routine tasks and occasionally interact with others, these are the only mental limitations the ALJ was required to pose to the expert. Therefore, the ALJ's hypothetical properly included all of the Plaintiff's mental limitations, including his affective disorder which makes him unable to frequently interact with others but

still permits him to occasionally interact with others. Accordingly, the ALJ properly applied the vocational expert's testimony to find that there are jobs existing in the national economy that Plaintiff is able to perform. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this _16th_ day of March, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge